IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUREECE CLARK,

       Petitioner,                      No. 2:12-cv-2687 GGH P

   vs.

CDCR,

       Respondent.                 ORDER TO SHOW CAUSE

_____/

       Petitioner is a state prisoner proceeding pro se and in forma pauperis pursuant to 28 U.S.C. §§ 1914(a), 1915(a). Presently before the court is respondent's motion to dismiss the petition as premature because direct review is still pending in the state courts. This court's own review of state court records indicates that petitioner's petition for review on direct appeal was denied by the California Supreme Court on February 20, 2013.[1] See http://appellatecases.courtinfor.ca.gov./search/case/disposition.cfm.

/////

/////

/////

---

[1] The court takes judicial notice of the state court disposition. (Judicial notice may be taken of court records. Valerio v. Boise Cascade Corp., 80 F.R.D. 626, 635 n.1 (N.D. Cal. 1978), aff'd, 645 F.2d 699 (9th Cir.), cert. denied, 454 U.S. 1126 (1981)).

1  Accordingly, IT IS ORDERED that: Respondent show cause within **seven** days of
2 this order why the motion to dismiss should not be vacated as moot.
3 DATED: May 30, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076
clar2687.osc