1
2
3
4
5
6
7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 LOUREECE CLARK,

11            Petitioner,           No. 2:12-cv-2687 GGH P

12     vs.

13 CDCR,

14            Respondent.         <u>ORDER</u>

15 _____/

16         Petitioner has requested the appointment of counsel.  There currently exists no

17 absolute right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d

18 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

19 any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R. Governing

20 § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

21 served by the appointment of counsel at the present time.

22 /////

23 /////

24 /////

25 /////

26 /////

1    Accordingly, IT IS HEREBY ORDERED that petitioner's June 17, 2013 request

2 for appointment of counsel (ECF No. 18) is denied without prejudice to a renewal of the motion

3 at a later stage of the proceedings.

4 DATED: July 1, 2013

5

6                                    /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

7 GGH:kly
  clar2687.110(2)
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26