UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUREECE CLARK, | No. 2:12-cv-2687 TLN GGH P |
| Petitioner, | |
| v. | ORDER |
| GREG LEWIS, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 24, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner did not file objections to the findings and recommendations; however, respondent filed a reply.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed June 24, 2013, are adopted in full;

    2. Respondent's motion to dismiss the petition for writ of habeas corpus (ECF

No. 11.) is DENIED as moot.

    3. Respondent is directed to file a response to the petition within 60 days of this order.

DATED: August 16, 2013

Troy L. Nunley
United States District Judge